J. T. JOHNSON, Plaintiff in Error, v. PROSPER STATE BANK, Defendant in Error.

No. 7566.

Supreme Court of Texas.

April 24, 1940.

W. H. Hall and B. W. Ashworth, both of Dallas, and Smith & Dowdy, of McKinney, for plaintiff in error.

John D. Reese, of McKinney, for defendant in error.

CRITZ, Justice.

We have carefully examined the opinion of the Court of Civil Appeals, reported in 125 S.W.2d 707, and, in our opinion, it correctly decides all questions of law necessary to be determined to decide this case.

The judgment of the Court of Civil Appeals is affirmed.

Wade BURTON, Appellant, v. STATE of Texas, Appellee.

No. 21119.

Court of Criminal Appeals of Texas.

April 3, 1940.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being five years' confinement in the penitentiary.

Since this court acquired jurisdiction of the case appellant has filed his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is ordered dismissed.

W. L. LAWHON, Appellant, v. STATE of Texas, Appellee.

No. 21143.

Court of Criminal Appeals of Texas.

April 24, 1940.

Alvin F. Nemir, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for forgery, punishment assessed at two years in the penitentiary.

Since the jurisdiction of this court attached appellant has filed his personal affidavit advising that he no longer desires to prosecute his appeal, and the same is dismissed at his request.

M. N. NUNN, Appellant, v. STATE of Texas, Appellee.

No. 21116.

Court of Criminal Appeals of Texas.

April 3, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for injuring a person while attempting to break jail; the punishment assessed is confinement in the state penitentiary for a term of two years.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required

by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.